**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIE WELLS**                                                                                        **PLAINTIFF**

v.                                       **3:12-cv-00251 KGB-JTK**

**OFFICER PAYMENT, et al.**                                                              **DEFENDANTS**

## ORDER

Plaintiff filed an Amended Complaint on December 17, 2012 (Dkt. No. 3), which renders his original Complaint (Dkt. No. 1) without legal effect. *See In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000). Therefore, defendant Correctional Officer Jeff, who is not named in the Amended Complaint, is hereby DISMISSED. *See Barnes v. United States*, 111 Fed. Appx. 441, 443 (8th Cir. 2004) (noting that certain defendants had been dismissed by virtue of their absence from plaintiff's amended complaint).

SO ORDERED this 27th day of February, 2013.

_____
Kristine G. Baker
United States District Judge