**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIE WELLS                                                                                              PLAINTIFF

v.                                          3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                                                              DEFENDANTS

## ORDER

The Clerk shall re-docket Plaintiff's Amended Complaint (Doc. No. 24) as a supplement to Plaintiff's Amended Complaint (Doc. No. 3).

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE