**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE WELLS                                                                                              PLAINTIFF

v.                                            3:12CV00251-KGB-JTK

OFFICER PAYMENT, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion to Compel (Doc. No. 28) within fifteen days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE