IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                        PLAINTIFF

v.                              3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                          DEFENDANTS

**ORDER**

Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. No. 32) within fifteen days of the date of this Order. Failure to respond may result in the dismissal without prejudice of this action, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 25th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE