**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIE WELLS                                                                                      PLAINTIFF

v.                                      3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                                                      DEFENDANTS

## ORDER

Defendants Teresa Bonner and Shenisa Mobley, through their attorney, have answered and supplied their correct names (Doc. No. 27). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE