**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE WELLS                                                                                                  PLAINTIFF

v.                                                  3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                                                                DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following partial recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>  Clerk, United States District Court
>  Eastern District of Arkansas
>  600 West Capitol Avenue, Suite A149
>  Little Rock, AR 72201-3325

## DISPOSITION

This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint, due to his failure to appear at a scheduled deposition (Doc. No. 32). In the alternative, Defendants ask the Court to Order Plaintiff to pay for the reasonable expenses caused by his failure to appear, and to stay the matter until such payment is made.

Plaintiff filed a Response in opposition to the Motion (Doc. No. 36), stating that he started work at a new job and was not able to appear at the March 26, 2013, scheduled deposition by the designated time of 10 a.m. He states he called Defendants' counsel's office and arranged to appear for the deposition at 1 p.m. However, when Plaintiff arrived at the Jail for his deposition at 1 p.m., he was told to return at 2 p.m., which was not possible because of his new job. In addition, Plaintiff states Defendants were unable to contact him because they had an incorrect cell phone number. Plaintiff asks that the Defendants arrange for another deposition date, preferably on a weekend, and that the Court decline to dismiss this action.

The Court finds that Defendants' Motion to Dismiss should be denied at this time, and that the parties should attempt to schedule another deposition for a mutually-agreeable date and time. At this time, the Court also declines to assess attorney's fees and costs against the Plaintiff, noting that he filed this action in forma pauperis, was recently released from incarceration (Doc. No. 25), and appears to have a new job. However, any future failure to attend a scheduled deposition will be grounds for sanctions in the form of attorney's fees and/or dismissal of this action, pursuant to FED.R.CIV.P. 37. Accordingly,

IT IS, THEREFORE, RECOMMENDED that Defendants' Motion to Dismiss and for Costs, or Alternative Motion to Stay (Doc. No. 32) be DENIED without prejudice.

IT IS SO RECOMMENDED this 9th day of May, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE