IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS                                                                                           PLAINTIFF

v.                                      3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, and a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss and for costs, or alternative motion to stay, is DENIED without prejudice (Dkt. No. 32).

DATED this 19th day of July, 2013.

_____
Kristine G. Baker
United States District Judge