**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE WELLS                                                                                           PLAINTIFF

v.                                         3:12CV00251-KGB-JTK

OFFICER PAYMENT, et al.                                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Compel copies of his medical records (Doc. No. 47) is DENIED without prejudice. Defendants state they have provided to Plaintiff copies of all medical records in their possession, and will continue to supplement their responses with any additional medical documents discovered (Doc. No. 52).

IT IS SO ORDERED this 13th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE