IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIE WELLS**                                                                     **PLAINTIFF**

v.                               **3:12-cv-00251-KGB-JTK**

**PAUL PAYMENT, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 59). There have been no objections. After a review of the proposed findings and recommendations, the Court adopts them in their entirety. Accordingly, it is ordered that:

1. Defendants' motion for partial summary judgment (Doc. No. 54) is granted.

2. Plaintiff's official capacity claims against all defendants are dismissed with prejudice.

3. Plaintiff's individual capacity claims against defendants Coleman, Bonner, Mobley, Malone, Thomas, and Brown are dismissed with prejudice.

4. This case will proceed on plaintiff's sole remaining claim of excessive force against defendant Payment in his individual capacity.

SO ORDERED this 3rd day of December, 2013.

                                                  Kristine G. Baker
                                                  United States District Judge