**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIE WELLS                                                                                    PLAINTIFF

v.                                          3:12CV00251-KGB-JTK

PAUL PAYMENT, et al.                                                                  DEFENDANTS

## <u>ORDER</u>

Defendants shall transport Plaintiff, together with his medical and institutional records, to

the February 12, 2014 Bench Trial, scheduled for 9:30 a.m. at the Richard Sheppard Arnold United

States Courthouse, 500 W. Capitol Ave., Court Room 4B, Little Rock, AR 72201.

IT IS SO ORDERED this 10th day of February, 2014.

_____
    JEROME T. KEARNEY
    UNITED STATES MAGISTRATE JUDGE