IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE WELLS
ADC # 100985                                                                                  PLAINTIFF

v.                          Case No. 3:12-cv-00251-KGB-JTK

PAUL PAYMENT, et al.                                                                 DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the complaint is dismissed with prejudice.

SO ADJUDGED this 26th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE